UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 6:25-mj-2115-NWH | DATE: | October 8, 2025 |
|---|---|---|---|
| HONORABLE NATHAN W. HILL | | INTERPRETER: | N/A |
| UNITED STATES OF AMERICA  v.  JONATHAN RINDERKNECHT | | LANGUAGE: | N/A |
| | | GOVERNMENT COUNSEL: Rachel Lyons/Chauncey Bratt | |
| | | DEFENSE COUNSEL: Aziza Hawthorne | |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | J. Reyes |
| TIME   2:20 P.M.-2:28 P.M. | TOTAL: 8 minutes | PRETRIAL: | Juan Cabrerra |
| | | COURTROOM: | 4D |

**PROCEEDINGS: INITIAL APPEARANCE (RULE 5C)**

Case called; appearances taken; procedural setting by the Court.
Court inquired of the Defendant regarding competency.
Defendant advised of Rule 5c rights.
Oral motion for counsel. Motion was granted, and counsel was appointed.
Defendant was advised of the charge(s) and penalties in the charging document.
Parties were advised of the requirement pursuant to the Due Process Protections Act.
Oral motion by the Government for Detention.
Oral motion for continuance of detention hearing and identity/preliminary hearing by Defendant- granted.
Preliminary and Detention hearing set 10/9/2025 @ 9:45 am.
Court adjourned.