UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.     Case No. 6:25-mj-2115-NWH

JONATHAN RINDERKNECHT

### UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING

The United States of America, by and through its undersigned counsel, hereby requests that the Court continue the Preliminary Hearing in this case from Thursday, October 9, 2025, to Friday, October 17, 2025, and in support of this request states as follows:

1. On October 2, 2025, the defendant was charged via criminal complaint in the United States District Court for the Central District of California.

2. On October 8, 2025, the defendant was arrested in the Middle District of Florida and brought before this Court for an initial appearance. At the initial appearance, the Court granted the defense's request to continue the detention hearing, identity hearing, and preliminary hearing until October 9, 2025.

3. Prosecutors in the charging district are in the process of determining which witness or witnesses to have testify for the preliminary hearing, making the appropriate travel plans, and preparing the witnesses' Jencks Act materials. Although the United States is prepared to proceed as scheduled on the detention and identity hearings, the United States requests additional time to prepare for the preliminary hearing. The United States respectfully submits that such a continuance is justified

given the complexity of the investigation, which is set forth in the 24-page complaint affidavit in this case. *See* United States District Court for the Central District of California, Case No. 2:25-mj-06103-DUTY, Criminal Complaint.

  4. On the afternoon of October 8, 2025, counsel for the United States conferred with Aziza Hawthorne, Esq., counsel for the defendant, who indicated that the defense does not oppose a continuance of the preliminary hearing to Friday, October 17, 2025.

The United States thus respectfully requests that the court continue the preliminary hearing to Friday, October 17, 2025, or as soon thereafter as the Court is available. The United States is not asking for a continuance of the detention and/or identity hearings.

            Respectfully submitted,

            GREGORY W. KEHOE
            United States Attorney


     By: */s/ Chauncey A. Bratt*
        Chauncey A. Bratt
        Assistant United States Attorney
        Florida Bar No. 1059720
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone: (407) 648-7500
        Facsimile: (407) 648-7643
        E-mail: chauncey.bratt@usdoj.gov

U.S. v. RINDERKNECHT        Case No. 6:25-mj-2115-NWH

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a copy of the foregoing to the following:

Aziza Hawthorne, Esq.

        */s/Chauncey A. Bratt*
        Chauncey A. Bratt
        Assistant United States Attorney
        Florida Bar No. 1059720
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:  (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail: chauncey.bratt@usdoj.gov