UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                                           **CASE NO: 6:25-mj-2115-NWH**

**JONATHAN RINDERKNECHT**

---

**FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
PURSUANT TO RULE 5(C), FED.R.CRIM.P.**

Jonathan Rinderknecht, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from Central District of California was held on October 8, 2025.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that JONATHAN RINDERKNECHT is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that JONATHAN RINDERKNECHT be held to answer in the district court in which the prosecution is pending.   Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 16, 2025.

_____
NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record